1  **Matthew G. Ball (SBN 208881)**
2  **Ramiz I. Rafeedie (SBN 215070)**
   **K&L Gates LLP**
3  Four Embarcadero Center, Suite 1200
   San Francisco, California  94121
4  Telephone:   (415) 882-8200
   Facsimile:    (415) 882-8220

5  Attorneys for Plaintiff
6  American Mortgage Network, Inc.

7  **Thomas A. Jenkins (SBN 92213)**
   **Daniel J. Mulligan (SBN 103129)**
8  **Jenkins Mulligan & Gabriel LLP**
   78-065 Main Street, Suite 202
9  La Quinta, California  92253
   Telephone:   (760) 777-1500
10 Facsimile:    (760) 777-1350

11 Attorneys for Defendant
   DANIEL SOTO
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN MORTGAGE NETWORK, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>    vs.<br><br>DANIEL SOTO, an individual,<br><br>                Defendant. | Case No. 2:08-CV-01572-JAM-GGH<br><br>**STIPULATION AND ORDER OF DISMISSAL** |
| DANIEL SOTO, an individual,<br><br>                Counterclaimant,<br><br>    vs.<br><br>AMERICAN MORTGAGE NETWORK, INC., a Delaware corporation,<br><br>                Counterclaim Defendant. | |

SF-184986 v1

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
**CASE NO. 2:08-cv-01572-JAM-GGH**

PDF created with pdfFactory trial version www.pdffactory.com

1     IT IS HEREBY STIPULATED by and between the parties to this action that
2 this matter, including Defendants' counterclaim, is dismissed in its entirety with
3 prejudice pursuant to Fed. R. Civ. P. Rule 41;
4     IT IS FURTHER STIPULATED by and between the parties to this action
5 that the Settlement Agreement reached between the parties, a true and correct copy
6 of which is attached hereto **Exhibit 1**, is incorporated into this Order, and this
7 Court shall retain jurisdiction to enforce the terms of Settlement Agreement.

                            **K&L Gates LLP**

Dated: June 8, 2009            By: /s/ Ramiz I. Rafeedie
                                            Ramiz I. Rafeedie
                                            Attorneys for Plaintiff
                                            American Mortgage Network, Inc.

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
|   | **Jenkins Mulligan & Gabriel LLP** |
| Dated: June 8, 2009 | By: /s/ Daniel J. Mulligan (as authorized on June 8, 2009) |
|   | Daniel J. Mulligan |
|   | Attorneys for Defendant |
|   | Daniel Soto |

**IT IS SO ORDERED.**

Dated: June 9, 2009   /s/ John A. Mendez_____

   **HON. JOHN A. MENDEZ**

- 3 –

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 2:08-cv-01572-JAM-GGH**

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SF-184986 v1

PDF created with pdfFactory trial version www.pdffactory.com